# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BLASI, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 10-6814 |
| | : | |
| PEN ARGYL AREA | : | |
| SCHOOL DISTRICT, | : | |
|     Defendant | : | |

## O R D E R

**AND NOW,** this 30th day of September, 2011, upon consideration of the defendant's motion to dismiss the amended complaint (Document#14), and the plaintiff's response thereto (Document #15), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.